DUPRE v. DENISON et al. (Circuit Court of Appeals, Second Circuit. March 27, 1922.) No. 236. Appeal from the District Court of the United States for the Northern District of New York. Suit in equity by William H. Dupre against Howard P. Denison and the Bowen products corporation. Decree for defendants, and complainant appeals. Affirmed. See, also, 262 Fed. 975. Charles Neave and Stephen H. Philbin, both of New York City, for appellant. Arthur E. Sutherland, of Rochester, N. Y., John Taber, of Auburn, N. Y., and Eugene A. Thompson, of Syracuse, N. Y., for appellees. Before HOUGH, MANTON, and MAYER, Circuit Judges.

PER CURIAM. No question of law is presented by this appeal. The sole inquiry is whether, as alleged in the answer, Mr. Denison did or did not "purchase the patent mentioned in the complaint for and in consideration of the sum of $500." Having carefully read the evidence which the trial judge heard (together with the depositions offered) we agree with him, and find it true that Mr. Denison did purchase the patent referred to for $500, paid for it at once, and that the plaintiff was at the time well satisfied therewith. It is quite true that the purchase was not conducted with much formality, and what was done exposed Mr. Denison to just such an attack as this, which attack, however, has been devised, not by the plaintiff herein, but by the witness Fesler for purposes of his own. As we find no merit in that attack, the decree appealed from is affirmed, with costs.

---

EUREKA OIL CO. v. PENN-KANSAS SYNDICATE et al. (Circuit Court of Appeals, Eighth Circuit. March 21, 1922.) No. 6037. Appeal from the District Court of the United States for the District of Kansas. L. P. Brooks, of Wichita, Kan., for appellant. Chester I. Long, Joseph D. Houston, Austin M. Cowan, Claude I. Depew, Forest D. Siefkin, and James G. Norton, all of Wichita, Kan., for appellees. See, also, 279 Fed. 1022.

PER CURIAM. Appeal dismissed, with prejudice, at costs of appellant, pursuant to stipulation.

---

EVANS-THWING REFINING CO. v. ARMOUR & CO. (Circuit Court of Appeals, Eighth Circuit. January 7, 1922.) No. 6010. In Error to the District Court of the United States for the Western District of Missouri. E. D. Ellison, of Kansas City, Mo., for plaintiff in error. William G. Holt, of Kansas City, Mo., for defendant in error.

PER CURIAM. Writ of error dismissed, at costs of plaintiff in error, per stipulation; attorney fee waived.